**Order entered October 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00898-CR

**BRANDON LAWRENCE COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81168-2011**

## ORDER

The Court **REINSTATES** the appeal.

On September 16, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Mitchell Nolte; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel requested thirty days from the September 27, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **NOVEMBER 1, 2013**. Because the brief is already two months overdue, no further extensions will be granted absent a showing of extraordinary circumstances. If appellant's brief is not filed by the date specified, we will order

Mitchell Nolte removed as appellant's counsel and will order the trial court to appoint a new attorney to represent appellant in the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE